UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBBIE DESHAWN TAYLOR,

        Plaintiff,

v.

JCF WARDEN, and
JOHN DOE SHIFT COMMANDER,

        Defendants.
_____/

Case No. 20-cv-13436

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

**ORDER
(1) ADOPTING MAGISTRATE JUDGE PATRICIA T. MORRIS'S OCTOBER 27, 2021 REPORT AND RECOMMENDATION (ECF NO. 20);
AND
(2) GRANTING DEFENDANT JCF WARDEN'S MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION (ECF NO. 18)**

On October 27, 2021, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to grant Defendant JCF Warden's Motion for Summary Judgment on the Basis of Exhaustion. (ECF No. 20, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

    (1) Magistrate Judge Morris's October 27, 2021 Report and Recommendation (ECF No. 20) is ADOPTED; and

(2) Defendant JCF Warden's Motion for Summary Judgment (ECF No. 18) is GRANTED WITH PREJUDICE, as Magistrate Judge Morris noted that Plaintiff cannot timely file a grievance and properly exhaust his administrative remedies, and Plaintiff failed to respond in opposition to Defendant's Motion for Summary Judgment as to Defendant JCF Warden and has not taken any issue with this recommendation that the dismissal be with prejudice.

This Order does not resolve the claims against Defendant John Doe Shift Commander and does not close this case.

IT IS SO ORDERED.

Dated: November 19, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge