UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBBIE DESHAWN TAYLOR,

        Plaintiff,

v.

JOHN DOE,

        Defendant.
_____/

Case No. 20-cv-13436

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

**ORDER
(1) ADOPTING MAGISTRATE JUDGE PATRICIA T. MORRIS'S FEBRUARY 23, 2022 REPORT AND RECOMMENDATION (ECF NO. 23);
AND
(2) *SUA SPONTE* DISMISSING PLAINTIFF'S CLAIMS AGAINST UNNAMED JOHN DOE DEFENDANT WITHOUT PREJUDICE**

On February 23, 2022, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to dismiss without prejudice Plaintiff Robbie Taylor's claims against the unnamed John Doe Defendant. (ECF No. 23, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Morris's February 23, 2022 Report and Recommendation (ECF No. 23) is ADOPTED; and

(2) Plaintiff's claims against the unnamed John Doe Defendant are DISMISSED WITHOUT PREJUDICE.

This Order resolves all claims and closes this case.

IT IS SO ORDERED.

Dated: March 22, 2022

s/Paul D. Borman
Paul D. Borman
United States District Judge